No. 315. UNITED STATES EX REL. ROBINSON *v.* JOHN-STON, WARDEN. See *ante,* p. 649.

No. 1194. FISHER, RECEIVER, *v.* WHITON, EXECUTRIX, ET AL. June 8, 1942. The petition for rehearing is granted. The order denying certiorari, *ante,* p. 691, is vacated and the petition for writ of certiorari to the Court of Appeals of Tennessee is granted.

No. 64. HYSLER *v.* FLORIDA. See *ante,* p. 642.

No. 325. RODIEK, ANCILLARY EXECUTOR, *v.* UNITED STATES ET AL. April 6, 1942. The motion to substitute is granted and Leo T. Crowley, Alien Property Custodian, is substituted as a party respondent herein in the place and stead of Francis Biddle, as Attorney General. The petition for rehearing is denied. The CHIEF JUSTICE, MR. JUSTICE MURPHY, and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. See 315 U. S. 783.

No. 870. BERNSTEIN *v.* UNITED STATES. April 6, 1942. 315 U. S. 811.

No. 884. ROGOWAY *v.* WARDEN, U. S. PENITENTIARY, McNEIL ISLAND, WASHINGTON. April 6, 1942. 315 U. S. 808.

No. 935. WRIGHT *v.* FIRST JOINT STOCK LAND BANK ET AL. April 6, 1942. 315 U. S. 817.